JOSEPHINE A. SWAIN, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.—Order granting leave to plaintiff to serve a demand for a jury trial under section 426, subdivision 5, of the Civil Practice Act, *nunc pro tunc*, reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Under the circumstances disclosed, it was an improper exercise of discretion to grant the motion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

ROSE WALLING and LEE WALLING, Respondents, Appellants, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant, Respondent, and UNITED STATES TRUCKING CORPORATION, Defendant.— Action to recover damages for personal injuries sustained by the plaintiff-wife. The jury rendered a verdict in favor of the plaintiffs and against the appellant Brooklyn and Queens Transit Corporation, and in favor of the defendant United States Trucking Corporation. Defendant Brooklyn and Queens Transit Corporation appeals. Plaintiffs also appeal from the judgment in favor of the United States Trucking Corporation, although there is no adjudication in the judgment of the rights of the parties as between the plaintiffs and that codefendant. On the appeal of the Brooklyn and Queens Transit Corporation, judgment unanimously affirmed, with costs. On the appeal by the plaintiffs, appeal dismissed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

## (May 23, 1939.)

MORRIS HELLER, Trading as VENICE IMPORTING Co., Respondent, v. BARRESI-TAORMINA CORP., Defendant; FRANK BARRESI and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

ALICE R. HOMER and Another, Respondents, and LOTTA MAYBERRY, etc., Plaintiff, v. CHARLES F. SAMPSON, Appellant, and Another, Defendant,— Motion for stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of SAMUEL CHERON for Reinstatement as an Attorney and Counselor at Law.— Motion for reinstatement denied. [See 232 App. Div. 780.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.